UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OREGON MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

INTERNATIONAL LUCKY BUFFET, INC.,

    Defendant.

C17-1814 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Oregon Mutual Insurance Company's Motion for Default Judgment, docket no. 9 (the "Motion"), is DENIED without prejudice. It is unclear how Plaintiff Oregon Mutual Insurance Company ("Oregon Mutual") is defending Defendant International Lucky Buffet, Inc. ("Defendant") in an underlying lawsuit pending in Snohomish County Superior Court, but has been unable to directly serve Defendant or why Defendant has not otherwise been notified of the instant litigation pending before this Court. Oregon Mutual may renew its Motion by clarifying this discrepancy and, specifically, (1) identifying the representatives of Defendant who Oregon Mutual has been corresponding with in the Snohomish County litigation, and (2) explaining why direct service of process on those representatives cannot be accomplished or would be insufficient.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of April, 2018.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1