1

2

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

4

5

OREGON MUTUAL INSURANCE
COMPANY,

6

                    Plaintiff,

7

        v.

8

INTERNATIONAL LUCKY BUFFET,
INC,

9

                    Defendant.

10

C17-1814 TSZ

MINUTE ORDER

11

        The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

12

        (1)        Oregon Mutual Insurance Company's Renewed Motion for Default
Judgment, docket no. 12 ("Motion for Default Judgment"), is DEFERRED and

13

RENOTED to June 28, 2018. On March 18, 2018, the Court entered an Order of Default,
docket no. 8, pursuant to Oregon Mutual Insurance Company's Motion for Default,

14

docket no. 6. On May 21, 2018, Oregon Mutual Insurance Company ("Plaintiff")
informed the Court that it knows where International Lucky Buffett, Inc.'s registered

15

agent, Liang Bin Lin, is located. *See* Declaration of Tom Anderson in Support of Oregon
Mutual Insurance Company's Renewed Motion for Default Judgment, docket no. 13, at

16

¶ 13. Plaintiff is directed to file with the Court, no later than Friday, June 15, 2018: (1) a
supplemental brief discussing why Plaintiff should not now be required to serve Mr.

17

Liang Bin Lin under RCW 23.95.450(1); and (2) an affidavit confirming Plaintiff has
sent a copy of its Motion for Default Judgment and this Minute Order to Mr. Liang Bin

18

Lin via international certified mail.

19

        (2)        The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

20

        Dated this 31st day of May, 2018.

21

                                        William M. McCool
                                        Clerk

22

                                        s/Karen Dews
23

                                        Deputy Clerk

MINUTE ORDER - 1