UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OREGON MUTUAL INSURANCE COMPANY,<br><br>                Plaintiff,<br>  v.<br><br>SHARON REED,<br><br>                Intervenor,<br>  and<br><br>INTERNATIONAL LUCKY BUFFET, INC.,<br><br>                Defendant. | C17-1814 TSZ |
| SHARON REED,<br><br>                Plaintiff,<br>  v.<br><br>OREGON MUTUAL INSURANCE COMPANY,<br><br>                Defendant. | C21-1187 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' agreement, *see* Notices (docket no. 33 in C17-1814 & docket no. 21 in C21-1187), Case Nos. C17-1814 TSZ and C21-1187 TSZ are hereby CONSOLIDATED for all purposes. All future pleadings, motions, briefs, and other papers shall be filed only in Case No. C17-1814 TSZ. The Clerk is DIRECTED to CLOSE Case No. C21-1187 TSZ.

MINUTE ORDER - 1

(2) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of January, 2022.

                                          Ravi Subramanian
                                          Clerk

                                          s/Gail Glass
                                          Deputy Clerk

MINUTE ORDER - 2