UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OREGON MUTUAL INSURANCE COMPANY,<br><br>      Plaintiff,<br><br> v.<br><br>SHARON REED,<br><br>      Intervenor,<br><br> and<br><br>INTERNATIONAL LUCKY BUFFET, INC.,<br><br>      Defendant.| C17-1814 TSZ<br>consolidated with C21-1187 TSZ<br><br>ORDER |
| SHARON REED,<br><br>      Plaintiff,<br><br> v.<br><br>OREGON MUTUAL INSURANCE COMPANY,<br><br>      Defendant. | |

Counsel having advised the Court that this matter has been resolved, Stipulated Notice of Settlement (docket no. 52), and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. The pending motion to dismiss a party, docket no. 47, is STRICKEN as moot.

ORDER - 1

1     In the event settlement is not perfected, any party may move to reopen and trial

2 will be scheduled, provided such motion is filed within **60** days of the date of this Order.

3     The Clerk is directed to CLOSE this case and to send a copy of this Order to all

4 counsel of record.

5     IT IS SO ORDERED.

6     Dated this 2nd day of September, 2022.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 2